IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON E. ROMAN | : | CIVIL ACTION |
| v. | : | |
| BANK OF AMERICA, <u>et al</u>. | : | NO. 11-6603 |

O R D E R

AND NOW, this 12th day of March, 2012, upon consideration of plaintiff's complaint and his amended motion to proceed <u>in forma pauperis</u>, IT IS ORDERED that:

1. Plaintiff's amended motion to proceed <u>in forma pauperis</u> (Document No. 4) is GRANTED.

2. Plaintiff's Complaint is DISMISSED without prejudice for the reasons discussed in the Court's Memorandum. Plaintiff is given leave to file an amended complaint within thirty (30) days of the date of this Order.

3. This case shall be marked CLOSED.

BY THE COURT:

/s/ JUAN R. SANCHEZ, J.